### S. W. REDWINE v. THE STATE.

No. 4218.   Decided October 25, 1916.

**Rape—Stenographer's Report—Statement of Facts—Practice on Appeal.**

In the absence of a statement of facts, the stenographer's report of the proceedings of the trial, not agreed to by the parties nor approved by the court, can not be considered on appeal, and the judgment must be affirmed.

Appeal from the District Court of Mills.   Tried below before the Hon. F. M. Spann.

Appeal from a conviction of rape; penalty, imprisonment in the penitentiary for life.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited cases in opinion.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of rape and his punishment assessed at life imprisonment. This is the second appeal in this case. The first is reported in 184 S. W. Rep., 196.

There is no statement of facts in the record. Appellant has some bills of exception, but none of them can be considered in the absence of a statement of facts. There is on file here, and which was also filed in the lower court, the stenographer's report of the proceedings on the trial. It is in no way agreed to as correct by the attorneys, or either

of them, and it is in no way approved by the trial judge. It can not be considered by this court.

The judgment is, therefore, affirmed.

*Affirmed.*